UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CAUSE NUMBER 3:09-CR-55(01) RM |
| | ) |
| PETER PAUL KUTA | ) |

## O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 12, 2009 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Peter Paul Kuta's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  September 1, 2009 

                                                      /s/ Robert L. Miller, Jr. 
                                                     Chief Judge
                                                     United States District Court